IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HOLISTER PRICE                                              PLAINTIFF

vs.                         No. 08CV6006

TRIUMPH FABRICATIONS -
HOT SPRINGS, INC., *et al*                                  DEFENDANTS

## O R D E R

NOW on this 3rd day of December, 2008, there comes on for consideration the above-styled cause.  IT APPEARING to the court that the matter has been settled, the parties having so advised, it is ORDERED that Plaintiff's Complaint and Amended Complaint be dismissed with prejudice, subject to the terms of the settlement agreement.  Additionally, the Motion to Continue (Doc. 9) is DENIED as moot.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.  The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**